# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145068 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KAREEM DALE RHODES,
      Defendant-Appellant.

SC: 145068
COA: 308107
Macomb CC: 2004-002865-FC

_____/

On order of the Court, the application for leave to appeal the March 12, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of whether the defendant's delayed application for leave to appeal was timely filed by virtue of the prison mailbox rule, MCR 7.205(A)(3). The motion to remand to the trial court is DENIED.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
s1205

_____
Clerk